# FINANCIAL DISCLOSURE REPORT
## FINAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Shanstrom, Jack D. | U.S. Courts | 9/30/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior Judge | ☐ Nomination    Date<br>☐ Initial    ☐ Annual    ☑ Final<br>5b. ☐ Amended Report | 01/01/2013<br>to<br>09/15/2013 |

**7. Chambers or Office Address**

2601 2nd Avenue North, Suite 4600
Billings, Montana 59101

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shanstrom, Jack D. | 9/30/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2013 | Public Employees Retirement System | $37,970.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | Teachers Retirement System |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shanstrom, Jack D. | 9/30/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shanstrom, Jack D. | 9/30/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. US BancorpDel shares - ▮ | A | Dividend | J | T | | | | | |
| 2. Microsoft Corp shares - ▮ | A | Dividend | J | T | | | | | |
| 3. Municipal bond - MT Fac Fin Authority - ▮ | B | Dividend | K | T | | | | | |
| 4. Municipal Bond - MT St V Health Fac Authrity - ▮ | C | Dividend | K | T | | | | | |
| 5. AAPL shares - ▮ | A | Dividend | J | T | Sold (part) | 07/24/13 | K | E | |
| 6. ANTF shares - ▮ | A | Dividend | J | T | | | | | |
| 7. VYOG shares - ▮ | A | Dividend | J | T | | | | | |
| 8. SWC shares - ▮ | A | Dividend | J | T | | | | | |
| 9. BAC shares - ▮ | A | Dividend | J | T | | | | | |
| 10. UPL shares - ▮ | A | Dividend | J | T | | | | | |
| 11. WFC - ▮ | A | Dividend | J | T | Buy | 01/11/13 | J | | |
| 12. RIMM (changed to BERY- ▮ | A | Dividend | J | T | Buy | 01/22/13 | J | | |
| 13. KEY - ▮ | A | Dividend | J | T | Buy | 03/07/13 | J | | |
| 14. GM - ▮ | A | Dividend | J | T | Buy | 03/07/13 | J | | |
| 15. FM - ▮ | A | Dividend | J | T | Buy | 05/13/13 | J | | |
| 16. Microsoft shares - ▮ - IRA | A | Dividend | J | T | | | | | |
| 17. Costco shares - ▮ - IRA | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shanstrom, Jack D. | 9/30/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. AT&T shares - ▮ - IRA | A | Dividend | J | T | | | | | |
| 19. PSEC - ▮ - IRA | A | Dividend | J | T | | | | | |
| 20. Target shares - ▮ | A | Dividend | J | T | | | | | |
| 21. SIRI stock - ▮ | A | Dividend | J | T | | | | | |
| 22. Touch America stock - ▮ | A | Dividend | J | T | | | | | |
| 23. Wal Mart stock - ▮ | A | Dividend | J | T | | | | | |
| 24. 3M stock - ▮ | A | Dividend | J | T | | | | | |
| 25. Gannett stock - ▮ | A | Dividend | J | T | | | | | |
| 26. Home Depot stock - ▮ | A | Dividend | J | T | | | | | |
| 27. Lowes stock - ▮ | A | Dividend | J | T | | | | | |
| 28. Kimberly Clark stock - ▮ | A | Dividend | J | T | | | | | |
| 29. Sara Lee stock - ▮ | A | Dividend | J | T | | | | | |
| 30. Amgen stock - ▮ | A | Dividend | J | T | | | | | |
| 31. AstraZeneca stock - ▮ | A | Dividend | J | T | | | | | |
| 32. Johnson & Johnson stock - ▮ | A | Dividend | J | T | | | | | |
| 33. Pfizer stock - ▮ | A | Dividend | J | T | | | | | |
| 34. Wyeth stock - ▮ | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shanstrom, Jack D. | 9/30/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Municipal bond - MT St V Health Care Fac - | C | Dividend | K | T | | | | | |
| 36. Bank of America shares - | A | Dividend | K | T | | | | | |
| 37. Citigroup shates - | A | Dividend | J | T | | | | | |
| 38. MBIA shares - | A | Dividend | J | T | | | | | |
| 39. US Bancorp shares - | A | Dividend | J | T | | | | | |
| 40. Wachovia shares - | A | Dividend | J | T | | | | | |
| 41. Wells Fargo shares - | A | Dividend | J | T | | | | | |
| 42. Municipal bond - Fed Home Ln BK - | B | Dividend | J | T | | | | | |
| 43. Municipal bond - Fed Home Ln Bk - | B | Dividend | J | T | | | | | |
| 44. Municipal bond - Fed Home Ln BK - | B | Dividend | J | T | | | | | |
| 45. Lee shares - | A | Dividend | J | T | | | | | |
| 46. HRP shares - | A | Dividend | J | T | | | | | |
| 47. PSEC shares - | A | Dividend | J | T | | | | | |
| 48. FIBK shares - | A | Dividend | J | T | | | | | |
| 49. VYOG shares - | A | Dividend | J | T | | | | | |
| 50. SD shares - | A | Dividend | J | T | | | | | |
| 51. APPL shares - | A | Dividend | J | T | Buy (add'l) | 04/18/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shanstrom, Jack D. | 9/30/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. RIMM - | A | Dividend | J | T | Buy | 01/11/13 | J | | |
| 53. RIMM - | A | Dividend | J | T | Buy (add'l) | 01/22/13 | J | | |
| 54. Ambase stock - - IRA | A | Dividend | J | T | | | | | |
| 55. Boeing stock - - IRA | A | Dividend | J | T | | | | | |
| 56. Costco stock - - IRA | A | Dividend | J | T | | | | | |
| 57. Motorola stock - - IRA | A | Dividend | J | T | | | | | |
| 58. GE stock - - IRA | A | Dividend | J | T | | | | | |
| 59. Hewlett Packard stock - - IRA | A | Dividend | J | T | | | | | |
| 60. Five Star Quality stock - - IRA | A | Dividend | J | T | | | | | |
| 61. STSA stock - - IRA | A | Dividend | J | T | | | | | |
| 62. HRP stock - - IRA | A | Dividend | J | T | | | | | |
| 63. Visteon Corp stock - - IRA | A | Dividend | J | T | | | | | |
| 64. Intel stock - - IRA | A | Dividend | J | T | | | | | |
| 65. PSEC stock - - IRA | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Shanstrom, Jack D. | 9/30/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

None

| Name of Person Reporting | Date of Report |
|---|---|
| Shanstrom, Jack D. | 9/30/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jack D. Shanstrom**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544